# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR05-4073-MWB |
| vs. | **ORDER** |
| ROY SHANNON BASS, | |
| Defendant. | |

This matter comes before the court on the defendant's motion to reduce sentence (docket no. 46). The defendant filed such motion on November 5, 2015. The court already addressed whether the defendant could rely on Amendment 782 (subject to subsection (e)(1)) and 18 U.S.C. § 3582(c)(2) to reduce his sentence. The court stands by its prior decision that the defendant is subject to a statutorily required mandatory minimum sentence. Accordingly, the defendant's motion to reduce sentence (docket no. 46) is denied.

**IT IS SO ORDERED**.

**DATED** this 10th day of November, 2015.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA